Newell D. McQUERRY and Patsy McQuerry, Plaintiffs/Appellants,

v.

Harland G. HARNESS, et al., Defendants/Respondents.

No. 66100.

Missouri Court of Appeals, Eastern District, Division Two.

May 23, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 26, 1995.

Application to Transfer Denied Sept. 19, 1995.

Paul G. Henry, Robert Denlow and Associates, Clayton, for appellants.

Stanley D. Williams, Law Offices of Stanley D. Williams, St. Clair, Sidney A. Thayer, Jr., Politte and Thayer, Washington, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*MEMORANDUM DECISION*

PER CURIAM.

Plaintiffs appeal from the issuance of permanent injunction order authorizing defendants to use an easement and precluding plaintiffs from interfering with that use. The matter was tried to the court and the order for permanent injunction was based upon evidence adduced at two hearings, the pleadings, a temporary injunction order and a previous order granting a partial summary judgment. The order appealed from is supported by substantial evidence and no error of law appears. An opinion would have no precedential value. The parties have been furnished with a statement supporting this decision.

Judgment affirmed. Rule 84.16(b).